```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 13-00212-JJT
Edward Ortiz                                                    Chapter 13
Migdalia Fuentes-Ortiz
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-5        User: REshelman        Page 1 of 1        Date Rcvd: Jun 12, 2018
                            Form ID: fnldec        Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 14, 2018.
db/jdb          Edward Ortiz,    Migdalia Fuentes-Ortiz,    300 Lower Lakeview Dr.,    E. Stroudsburg, PA  18302

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2018                              Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 12, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,    TWecf@pamd13trustee.com
              Harry B Reese    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS
               TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC. ALTERNATIVE LOAN TRUST 2006-OA17, MORTGAGE
               PASS-THROUGH CERTIFICATES, SERIES 2006-OA17 harry.reese@pkjllc.com,
                chris.amann@pkjllc.com;nick.bracey@pkjllc.com;Samantha.gonzalez@pkallc.com;jill@pkallc.com;mary.r
               aynor-paul@pkallc.com
              James Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWALT 2006-OA17) bkgroup@kmllawgroup.com
              John J. Martin    on behalf of Debtor 2 Migdalia  Fuentes-Ortiz jmartin@martin-law.net,
                kmartin@martin-law.net;nmundy@martin-law.net;jashley@martin-law.net;mmacleary@martin-law.net;r598
               91@notify.bestcase.com
              John J. Martin    on behalf of Debtor 1 Edward  Ortiz jmartin@martin-law.net,
                kmartin@martin-law.net;nmundy@martin-law.net;jashley@martin-law.net;mmacleary@martin-law.net;r598
               91@notify.bestcase.com
              Kimberly D Martin    on behalf of Debtor 1 Edward  Ortiz kmartin@martin-law.net,
                jashley@martin-law.net;r59891@notify.bestcase.com
              Kimberly D Martin    on behalf of Debtor 2 Migdalia  Fuentes-Ortiz kmartin@martin-law.net,
                jashley@martin-law.net;r59891@notify.bestcase.com
              Lorraine Gazzara Doyle    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC. ALTERNATIVE LOAN TRUST 2006-OA17,
               MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA17 LDoyle@udren.com,    vbarber@udren.com
              Matthew Christian Waldt    on behalf of Creditor    Bank of New York Mellon, f/k/a The Bank of New
               York, as trustee, on behalf of the holders of the Alternative Loan Trust 2006-OA17, Mortgage
               Pass Through Certificates Series 2006-OA17 mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
              Milsteand and Associates, LLC    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK
               OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC. ALTERNATIVE LOAN TRUST
               2006-OA17, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA17 dlipow@milsteadlaw.com,
                bkecf@milsteadlaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 11

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Edward Ortiz,
    **Debtor 1**

Migdalia Fuentes−Ortiz,
    **Debtor 2**

Chapter 13

Case No. 5:13−bk−00212−JJT

Social Security No.:
    xxx−xx−7020    xxx−xx−9481

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: June 12, 2018

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: REshelman, Deputy Clerk

**fnldec** (05/18)